**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 19-14867 |
| Albert Love | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Deborah L. Thorne |

**NOTICE OF HEARING**

**To:**  Albert Love, 3600 S. Wood #1, Chicago, IL, 60609

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

City of Chicago Department of Finance c/o Arnold Scott Harris, 111 W. Jackson, Ste. 600, Chicago, IL 60604

Anna M. Valencia, City Clerk, City of Chicago, 121 N. LaSalle St., Room 107, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the **25th of September, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge Deborah L. Thorne in 219 South Dearborn St, Courtroom 613, Chicago, IL and then and there present the attached **OBJECTION TO THE CLAIM OF THE CITY OF CHICAGO DEPARTMENT OF FINANCE**, a copy of which is attached hereto.

**By:** ____/s/ Dale Riley_____
Dale Riley

**CERTIFICATE OF SERVICE**

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on August 20, 2019.

**By:** ____/s/ Dale Riley_____
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800   (Fax):  877.247.1960

### IN THE UNITED STATES OF BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 19-14867 |
|    **Albert Love** | ) | | |
|         Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Deborah L. Thorne |

**OBJECTION TO THE CLAIM OF THE CITY OF CHICAGO DEPARTMENT OF FINANCE**

NOW COMES the Debtor, Mr. Albert Love (the "Debtor"), by and through his attorneys, Geraci Law, LLC, to present his **OBJECTION TO THE CLAIM OF THE CITY OF CHICAGO DEPARTMENT OF FINANCE**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 05/23/2019.

3. On 07/30/2019, the City of Chicago Department of Finance (hereinafter the "Creditor") filed a proof of claim (number 6) in the amount of $1,375.65. (See attached Exhibit A.)

4. Claim 6 alleges $1,375.65 secured debt for a water bill secured by the property located at 4041 W. Kamerling, Chicago, IL.

5. As recorded with the Cook County Recorder of Deeds, this property has not been in Debtor's name since 10/20/2010.

6. The claim filed by the creditor in this case is invalid pursuant to 11 U.S.C. 502(b)(1).

WHEREFORE, the Debtor, Mr. Albert Love, prays that this Court enter an order disallowing the claim of the City of Chicago Department of Finance to the extent that it alleges that the debt is secured and for such further additional relief that this Court may deem just and proper.

                                             /s/ Dale Riley
                                             Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960